AO 247  Page 1 of 2 (*Page 2 not for public disclosure*)

---

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America | Case No. 4:21-cr-357-SAL |
| | USM No. 52498-509 |
| v. | |
| Rebecca Dawn Hildreth, | |
| Date of Original Judgment: 2/15/2022 | Jeremy A. Thompson |
| Date of Previous Amended Judgment: | Defendant's Attorney |

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of <u>the defendant</u> under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission, pursuant to 28 U.S.C. § 944(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent applicable, and with consent of the government,

IT IS ORDERED that the defendant's consent motion, ECF No. 433, is GRANTED.

The defendant's previously imposed sentence of <u>134 months</u> is reduced to <u>118 months</u>.

Except as otherwise provided, all provisions of the judgment dated <u>February 15, 2022</u> remain in effect.

The EFFECTIVE DATE of this order is stayed up to 10 days so that the Federal Bureau of Prisons shall have adequate time to complete any necessary release planning.

IT IS SO ORDERED.

July 8, 2024  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge